No. 25-1146

I<small>N THE</small>

# United States Court of Appeals for the Fourth Circuit

D<small>ELOITTE</small> & T<small>OUCHE</small>, LLP <small>AND</small> D<small>ELOITTE</small> LLP,

*Defendants-Appellants,*

v.

I<small>NTERNATIONAL</small> B<small>ROTHERHOOD OF</small> E<small>LECTRICAL</small> W<small>ORKERS</small> L<small>OCAL</small> 98 P<small>ENSION</small> F<small>UND</small>, on behalf of itself and all others similarly situated,

*Plaintiff-Appellee.*

On Appeal from the United States
District Court for the District of
South Carolina at Columbia
No. 3:19-cv-03304-JDA
Before Jacquelyn D. Austin, J.

**JOINT STATUS REPORT OF THE PARTIES**

Pursuant to this Court's May 2, 2025, and December 9, 2025, Orders, Dkt. 29, 37, the parties hereby jointly submit the following status update:

1. On May 2, 2025, this Court granted the Parties' request to place this appeal in abeyance pending the Parties' agreement in principle to settle this case, directing the Parties "to file a status report on June 2, 2025, and every 30 days thereafter." Dkt. 29.

2. As the Parties explained to this Court in a November 3, 2025 joint status report, "[t]he Parties have since finalized the Stipulation, which, along with Lead Plaintiff's motion for preliminary approval of the Settlement, was filed with the District Court on October 17, 2025." *See* Dkt. 36.

3. On November 18, 2025, the District Court held a virtual hearing on Lead Plaintiff's Unopposed Motion for an Order Preliminarily Approving Class Action Settlement Authorizing Dissemination of Notice of Settlement, and subsequently entered an Order preliminary approving the Settlement and authorizing dissemination of Notice of the Settlement. *See* ECF Nos. 319, 320, 321. The District Court also set the

1

Settlement Fairness Hearing for February 26, 2026 at 10:00 a.m. ECF No. 321.

4. Until the February 26 Settlement Fairness Hearing, the Parties do not anticipate any material changes to the status of the case, but in accordance with Local Rule 12(d) and this Court's abeyance order, the Parties will file a status report in 30 days, and will immediately notify this Court "upon any issuance of a decision by the District Court." Dkt. 29.

| | |
|---|---|
| December 9, 2025 | Respectfully submitted, |
| Neal Kumar Katyal<br>Milbank LLP<br>1101 New York Avenue, N.W.<br>Washington, DC 20005<br>Telephone: (202) 835-7505<br>nkatyal@milbank.com<br><br>*Counsel for Defendants-Appellants* | */s/* Laura H. Posner<br>Laura H. Posner<br>Cohen Milstein Sellers & Toll PLLC<br>88 Pine Street<br>14th Floor<br>New York, NY 10005<br>(212) 220-2925<br>lposner@cohenmilstein.com<br><br>Steven J. Toll<br>Jan Messerschmidt<br>Margaret (Emmy) Wydman<br>1100 New York Avenue, N.W.,<br>Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>stoll@cohenmiltsein.com<br>jmesserschmidt@cohenmilstein.com |

ewydman@cohenmilstein.com

William Tinkler
Tinkler Law Firm LLC
PO Box 31813
Charleston, South Carolina 29417
Telephone: (843) 853-5203
Direct: (843) 647-6297
Facsimile: (843) 261-5647
williamtinkler@tinklerlaw.com

*Counsel for Plaintiff-Appellee*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2025, I caused the foregoing to be filed with the Clerk of the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. All counsel in this case are registered CM/ECF users and will be served by the appellate CM/ECF.

December 9, 2025

*/s/* Laura H. Posner
Laura H. Posner

*Counsel for Plaintiff-Appellee International Brotherhood of Electrical Workers Local 98 Pension Fund and the Class*